IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

DAVID FLEISHMAN, an individual,
PERFORMANCE AFTERMARKET
PARTS GROUP, LTD., a Texas
Limited Partnership, and G & C
AUTOMOTIVE DISTRIBUTORS, INC.,
a Texas Corporation,

    Plaintiffs,

v.

TI GROUP AUTOMOTIVE
SYSTEMS, LLC a Delaware
Limited Liability Company,

    Defendant.
_____/

Case No.: 4:07-cv-4417

Hon. Kenneth M. Hoyt

Jury Trial Demanded

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

At a session of said Court held in the United States District Court, Southern District of Texas, on _____

PRESENT: Hon. _____

This matter having come before the Court upon the stipulation of the parties; the Court having denied Plaintiffs' motion for a temporary restraining order with respect to Defendant's placement of an expired patent number on certain products upon evidence that said activity has ceased; and the Court being otherwise fully informed in the premises,

IT IS ORDERED that the above-captioned action be, and it hereby is, dismissed in its entirety with prejudice and without costs or attorney fees to any party.

_____
KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE

_____
EPSTEIN BECKER GREEN WICKLIFF & HALL P.C.
By: Stephen R. Cochell
Attorneys for Plaintiffs

_____
HOWREY LLP
By: John R. Keville
Attorneys for Defendant